Order entered November 6, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00832-CR

REID CARLTON RENICKER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 1
Collin County, Texas
Trial Court Cause No. 001-86948-2011

## ORDER

The Court **REINSTATES** this appeal.

On October 8, 2012, we ordered the trial court to make findings regarding new counsel for appellant due to the death of appellant's former counsel W. Ty Wilson. We **ADOPT** the findings that appellant desires to be represented by counsel; (2) appellant has retained Matthew J. Kita to represent appellant; and (3) the appeal trial will proceed on the brief filed by Mr. Wilson.

We **DIRECT** the Clerk of this Court to list Matthew J. Kita, SBN 24050883, P.O. Box 5119, Dallas, Texas 75208 as appellant's retained attorney of record.

The State's brief was during the time period the appeal was abated. Accordingly, the State's brief is within thirty days of the date of this order.

DAVID L. BRIDGES
JUSTICE